IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMQUIP CRANE RENTAL, LLC | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 15-1924 |
| | : | |
| | : | |
| N.L. CARSON CONSTRUCTION CO., | : | |
| INC., and TRAVELERS PROPERTY | : | |
| CASUALTY COMPANY OF AMERICA | : | |
| Defendants. | : | |

**ORDER**

**AND NOW,** this 13th day of March 2017, upon consideration of Plaintiff's Motion for Summary Judgment [Doc. No. 23], and the responses and replies thereto, it is hereby **ORDERED** that the Motion is **GRANTED in part and DENIED in part** as set forth in the accompanying Memorandum Opinion. It is further **ORDERED** that within **21 days** Plaintiff shall notify the Court as to whether it intends to pursue the claim for sales tax, and if not, shall submit a proposed judgment order, to which Defendants may file objections within **14 days** thereafter.

It is so **ORDERED.**

BY THE COURT:

/s/Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**